UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LUIGI GIROTTO,

               Plaintiff,

    -against-

JGAM FOOD INC., *d/b/a* PIZZA ITALIA; and 301
W 17 LLC;

               Defendant.

------------------------------------- x

ORDER

20 Civ. 2162 (GBD)



GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within ninety (90) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 16, 2020
       New York, New York

                                      SO ORDERED.

                                      */s/ George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge